| AO 10 Rev. 1/2015 |
| --- |

# FINANCIAL DISCLOSU
## FOR CALENDAR Y

| 1. Person Reporting (last name, first, middle initial) | 2. Court or C |
| --- | --- |
| KEELEY, IRENE M. | USDC NO |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. DISTRICT COURT JUDGE

**5a. Report T**

☐ Nomin

☐ Initial

**5b.** ☐ A

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WV
PO BOX 2808
CLARKSBURG WV 26302-2808

***IMPORTANT NOTES:*** *The instructions accomp*
*checking the NONE box for each part w*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

## POSITION

1. MEMBER - PRESIDENT'S HOUSE ADVISORY COMMITTEE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. NOV . 2015 | NORTHWESTERN MUTUAL INDIVIDUAL RETIREMENT ANNUITY REQUIRED MINIMUM DISTRIBUTION | $30,239.36 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. NOV. 2015 | NORTHWESTERN MUTUAL INDIVIDUAL RETIREMENT ANNUITY REQUIRED MINIMUM DISTRIBUTION |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | URBAN INSTITUTE/ CHARLES COLSON TASK FORCE ON FEDERAL CORRECTIONS | 8/6-7/2015 | WASHINGTON, D.C. | COLSON TASK FORCE JUDICIAL STAKEHOLDER ROUNDTABLE | TRAVEL, MEALS AND LODGING |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UNITED NATIONAL BANK | PERSONAL GUARANTOR OF LLC BANK DEBT | P2 |
| 2. | PREMIER BANK | PERSONAL GUARANTOR OF LLC BANK DEBT | P2 |
| 3. | MVB BANK INC | PERSONAL GUARANTOR OF LLC BANK DEBT | P2 |
| 4. | CLEAR MOUNTAIN BANK INC | PERSONAL GUARANTOR OF LLC BANK DEBT | N |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE BANK ACCTS | A | Interest | M | T | | | | | |
| 2. PREMIER BANK- BANK ACCOUNTS | A | Interest | J | T | | | | | |
| 3. MERRILL LYNCH CMA ACCT | A | Interest | J | T | | | | | |
| 4. RBC WEALTH MANAGEMENT(X) | A | Interest | J | T | | | | | SEE PAT VIII ADD'L INFO |
| 5. MVB BANK INC | C | Interest | M | T | | | | | |
| 6. WESBANCO BANK INC | | None | J | T | | | | | |
| 7. GROUND BREAKERS INC S CORP COMMON STOCK | D | Dividend | O | U | | | | | |
| 8. -- HARRISON COUNTY WV | G | Rent | N | W | | | | | |
| 9. --NOTE RECEIVABLE DUE GROUND BREAKERS INC | E | Interest | N | U | | | | | |
| 10. DUKE ENERGY CORP NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. BANK OF AMERICA CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 12. EDISON INT'L CALIF COMMON STOCK | A | Dividend | K | T | | | | | |
| 13. HALLIBURTON COMPANY COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. OCCIDENTAL PETE CORP CAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 15. CALIFORNIA RESOURCES CORP | A | Dividend | J | T | | | | | |
| 16. CSX CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 17. PROGRESS PROPERTIES LLC HARRISON COUNTY WV | C | Rent | N | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. WHITE OAKS PROFESSIONAL BLDG ONE LLC HARRISON COUNTY WV | D | Rent | M | U | | | | | |
| 19. WHITE OAKS PROFESSIONAL BLDG THREE LLC HARRISON COUNTY WV | | None | K | U | | | | | |
| 20. WHITE OAKS PROFESSIONAL BLDG FOUR LLC HARRISON COUNTY WV | C | Rent | M | U | | | | | |
| 21. SOUTHVIEW CENTRE LLC HARRISON COUNTY WV | | None | N | U | | | | | |
| 22. PROGRESS PROPERTIES TWO LLC HARRISON COUNTY WV | | None | N | U | | | | | |
| 23. TJH ONE LLC HARRISON COUNTY WV | G | Rent | N | U | | | | | |
| 24. WESBANCO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 25. HUNTINGTON BANCSHARES COMMON STOCK | A | Dividend | J | T | | | | | |
| 26. AT&T INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 27. THE TRAVELERS COMPANIES INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. COMPOSITE TRANSPORT TECHNOLOGIES INC | | None | K | T | | | | | |
| 29. US SAVINGS BONDS | A | Interest | J | T | | | | | |
| 30. MIAMI DADE CTY AVIATION REV BOND | A | Interest | J | T | | | | | |
| 31. LINCOLN FINANCIAL GROUP ANNUITY | A | Interest | K | T | | | | | |
| 32. --FIXED ACCOUNT | | | | | | | | | |
| 33. --INDEXED ACCOUNT A | | | | | | | | | |
| 34. NOTE RECEIVABLE THE OFFICE PROPERTIES LLC | | None | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NOTE RECEIVABLE HIGH TECH CORRIDOR DEVELOPMENT LLC | E | Interest | P1 | T | | | | | |
| 36. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | A | Int./Div. | K | T | | | | | |
| 37. --MSA BALANCED FUND | | | | | | | | | |
| 38. --MSA INDEX 500 STOCK FUND | | | | | | | | | |
| 39. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | D | Int./Div. | O | T | | | | | |
| 40. --MSA BALANCED FUND | | | | | | | | | |
| 41. NORTHWESTERN MUTUAL EXTRA ORD LIFE POLICY | D | Interest | M | T | | | | | |
| 42. NORTHWESTERN MUTUAL ADJ COMPLIFE POLICY | E | Interest | O | T | | | | | |
| 43. WORKING INTEREST D-86 TRAVIS, DODDRIDGE CTY,WV | A | Royalty | J | U | | | | | |
| 44. WORKING INTEREST D88 LOWTHER&D92MCQUAID HARRISON CTY WV | A | Royalty | J | U | | | | | |
| 45. WORKING INTEREST D103 WINDON HARRISON CTY WV | A | Royalty | J | U | | | | | |
| 46. WORKING INTEREST D105 SWEENEY HARRISON CTY WV | A | Royalty | J | U | | | | | |
| 47. WORKING INTEREST D106 DOYLE HARRISON CTY,WV | A | Royalty | J | U | | | | | |
| 48. WORKING INTEREST D107 HARDMAN HARRISON CTY,WV | A | Royalty | J | U | | | | | |
| 49. WORKING INTEREST D108 SHAFFER HARRISON CTY,WV | A | Royalty | J | U | | | | | |
| 50. ESTATE # 1 (appraisal date 11/19/03) | | None | M | Q | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51.  --COMMERCIAL REAL ESTATE,HARRISON CTY,WV | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII LINE 4 - RBC WEALTH MANAGEMENT - ASSET DID NOT EXCEED REPORTING THRESHOLD IN PRIOR REPORTING PERIODS..

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 05/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ IRENE M. KEELEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544